IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

DAKKEL LAMONT BAILEY , Plaintiff
in Colo State Crim. Case 23-CR-2586 Judge Espinosa  526 Colfax Ave, Denver CC

v.

_____ ,

_____ ,

_____ ,

USDOJ, USFO, Denver (State) Police (et al) Prosecutors,
State Pub Def (et al) Denver, Aurora, Arvada, CC , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**Jury Trial requested:**
(please check one)
___ Yes ___ No

---

## COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

DARREL LAMONT BAILEY 5360 Everett St., apt 307, Arvada, CO 80002
(Name and complete mailing address)

(720) 787-5674, DARREL BAILEY 1954 @ gmail.com
(Telephone number and e-mail address)

B. **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Steve Bishop   Detective (POLICE)
(Name and complete mailing address)

Denver (COLO)
(Telephone number and e-mail address if known)

Defendant 2: GREEN   Detective (POLICE)
(Name and complete mailing address)

AURORA (COLO)
(Telephone number and e-mail address if known)

Defendant 3: Drew Bronc   Detective (POLICE)
(Name and complete mailing address)

ARVADA (COLO)
(Telephone number and e-mail address if known)

Defendant 4: 1929 Stout Street
U.S. Probation Office (in concert w/ USBOP ADX 7k)
(Name and complete mailing address)

Florence, CO
(Telephone number and e-mail address if known)

COLO State Pub Def Office 520 W. Colfax Ave

2

## C.  JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

____ Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.

_Art. I, § 9, cls 2, 3 ; 1st, 4th, 5th, 6th, 8th, 10th Amendments to US Const.! Colorado 18-3-4)(5)(i) thru 18-3-306 § 18-3-402 thru 18-3-405.7 VIOLATIONS (Title 16, Art. 22 Colo Rev Stat)_

____ Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of ____USA____.

If Defendant 1 is an individual, Defendant 1 is a citizen of ____USA____.

 " 2  USA
 " 3  "
 " "  "

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of _____ (name of state or foreign nation).

Defendant 1 has its principal place of business in ____USA____ (name of state or foreign nation).

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

✓ HEREIN: ✱ *defs*: ADX - v. English; et al; COWBOY'S (KKK) Whites & Spanish! ✱

CLAIM ONE: Circa Sept 2022 USBOP defs (et al) @ ADX (Flo) Cowboy (KKK) began process (retroactively) of SEX REGISTRATION (for pltf on charges: CA 1975; and, IL 1979?

Supporting facts:

(In Concert! Telephonically ETC:) Defs (5) violate (State & Fed: as usual; IAD Interstate Agreement Detainers)

ii) Bishop's Warrant (pltf arrested while Ill) on 5-3-23 (See Det. Jon Dennis?) thru 5-5-23 (F). USPO (Troy Kuplinger) ordered (pltf) to 1924 Stout (Den) for arrest BY DENVER POLICE in tactical gear (while Ill)! (See PR Bond $1,500⁰⁰?) NOTE: NO ORDERS, JUDGMENTS OF THE COURT - THEREIN (See PR Bond Conditions?)

ii) @ $25.⁰⁰ Registration Fees (Refused)?

ii) Duress (CRS 16-22-108) to be released (Det. Jon Dennis)?

ii) 5-16-23 (Tu) refused to sign (Det. Jon Dennis)?

i) USPO (Troy Kuplinger) email (to Stout St. Recuperative Care)?

(2 page) Def. Kreun retaliation (see 8-24-23 thurs) by def in 23-CR-2586 State Case; for which PR Bond ($1,500) granted: MOTION TO QUASH WARRANT?

vi) Dated 8-24-23?

(Detectives) Kreun; Bishop; Broxx; et al (no juris) Conspired (to issue Warrant; from / for Aurora (KKK members via Cowboy - Whites, Span)) See 8-30-23 Motion (2) filed Clerk Den, CO (2 pages)? To: "Influence the Outcome of A Criminal Trial ongoing (state judge Espinosa, 5E (520 W. Colfax Ave, Den, CO) Fed Crime ✱

✱ NOTE: Pltf (pre- Cowboy's / KKK) before defs Conspiracies, NOT Required to Register? See USBOP Supervised Release (USDOJ) March 24, 2023 - Friday Release Papers 3 yrs? Also: Colo (1-1991 and 1-1994) Crim Laws;

ii ... for which registration is required in the state of conviction... as long as such person ... resident of Colorado...." see pg 2. (720-413-6511 phone)?

## E. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

A. Mandamus Granted again State of Colo (defs: State Prosecutors/People; Law Enforcements -- USDOJ; US BOP; US PO; CO Detectives et al Denver, Aurora, Arvada (pltf lives 80002) NOTE: PR Bond 5-5-23 ?

B. Civil Rights Protection from L.E. (Cowboy's / KKK) ? *

C. Halt Warrants contra to State, Federal Constitutions (Const) ?

And, Order PR Bond Enforced ? Emergency ORDER, PLEASE to PROTECT PLTF LIFE ?

* Appointment of Counsel ; Pltf's, Eyes ; Hands (Gouty Arthritis) & Age ?

## F. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Darrel Lamont Bailey
(Plaintiff's signature)

August 31st, 2023 (Thurs)
(Date)

Exhibits <---> 9 pages

(Revised February 2022)

5

*720-913-6511*

# Colorado Notice to Register as a Sex Offender
**STATUTORY AUTHORITY:** Title 16, Article 22, Colorado Revised Statutes
Note: This notice applies to adults and juveniles

## WHO MUST REGISTER
The following persons are required to register as sex offenders in the State of Colorado:
- ✓ Convicted on or after 7/1/91 in Colorado of an unlawful sexual offense, as in 18-3-411 (1), enticement of a child, as in 18-3-305, or internet luring of a child, as in 18-3-306 (3);
- ✓ Convicted on or after 7/1/91 in another state or jurisdiction, including military, tribal, territorial or federal jurisdiction, of an offense that, if committed in Colorado, would constitute an unlawful sexual offense, as in 18-3-411 (1), enticement of a child, as in 18-3-305, or internet luring of a child as in 18-3-306;
- ✓ Released on or after 7/1/91 from department of corrections custody, in this state or any other state, having served a sentence for an unlawful sexual offense, as defined in section 18-3-411 (1), enticement of a child, described in section 18-3-305 or internet luring of a child, as in 18-3-306;
- Convicted on or after 7/1/94 in Colorado of an offense involving unlawful sexual behavior, as defined below, or for which the factual basis involved such an offense, or released from department of corrections having served a sentence for such an offense (including criminal attempts, solicitations, or conspiracies):
    - Sexual assault, in violation of section 18-3-402;
    - Sexual assault in the first degree, in violation of section 18-3-402, as it existed prior to July 1, 2000;
    - Sexual assault in the second degree, in violation of section 18-3-403, as it existed prior to July 1, 2000;
    - Unlawful sexual contact, in violation of section 18-3-404;
    - Sexual assault in the third degree, in violation of section 18-3-404 as *520 W. Colfax Ave #5E Court*
    - Sexual assault on a child, in violation of section 18-3-405; *Attorney*
    - Sexual assault on a child by one in a position of trust, in violation of
    - Sexual assault on a client by a psychotherapist, in violation of sectio
    - Enticement of a child, in violation of section 18-3-305; *Luke Levulis*
    - Incest, in violation of section 18-6-301; *303-620-4999*
    - Aggravated incest, in violation of section 18-6-302;
    - Human trafficking of a minor for sexual servitude, in violation of se
    - Human trafficking for sexual servitude, in violation of section 18-3-
    - Sexual exploitation of children, in violation of section 18-6-403;
    - Procurement of a child for sexual exploitation, in violation of sectio
    - Indecent exposure, in violation of section 18-7-302; *July 20th, 2023 8:30*
    - Soliciting for child prostitution, in violation of section 18-7-402; *August 24th, 2023 Court*
    - Pandering of a child, in violation of section 18-7-403; *October 20th, 2023 Court*
    - Procurement of a child, in violation of section 18-7-403.5; *State Judge Espinoza*
    - Keeping a place of child prostitution, in violation of section 18-7-4(
    - Pimping of a child, in violation of section 18-7-405;
    - Inducement of child prostitution, in violation of section 18-7-405.5
    - Patronizing a prostituted child, in violation of section 18-7-406;
    - Engaging in sexual conduct in a correctional institution, in violation of section 18-7-701;
    - Wholesale promotion of obscenity to a minor, in violation of 18-7-102 (1.5);
    - Promotion of obscenity to a minor, in violation of 18-7-102 (2.5);
    - Class 4 felony internet luring of a child, in violation of 18-3-306 (3);
    - Internet sexual exploitation of a child, in violation of 18-3-405.4;
    - Public indecency 18-7-301 (2)(b), if 2nd offense committed within 5 years of previous offense or a 3rd or subsequent offense;
    - Invasion of privacy for sexual gratification, in violation of section 18-3-405.6;
    - Second degree kidnapping, in violation of section 18-3-302 (3)(a);
    - Unlawful electronic sexual communication, in violation of section 18-3-418; *VIOLATIONS*
    - Unlawful sexual conduct by a peace officer, in violation of section 18-3-405.7.
- ✓ Convicted as an adult, or adjudicated as a juvenile, of an offense in any other state or jurisdiction (including military or federal) for which registration is required in the state of conviction or adjudication, so long as such person is a temporary or permanent resident of Colorado.
- Convicted as an adult of an offense in any other state or jurisdiction (including military or federal) for which registration would be required if convicted in Colorado, so long as such person is a temporary or permanent resident of Colorado.

## DEFINITIONS
"Adjudicated" or "adjudication" means a determination by the court that it has been proven beyond a reasonable doubt to the trier of fact that a juvenile has committed a delinquent act or that a juvenile has pled guilty to committing a delinquent act.  In addition, when a previous conviction must be pled and proven as an element of an offense or for purposes of sentence enhancement, "adjudication" means conviction.

**Criminal Justice Agency Official's Initials** _____                **Registrant's Initials** _____
Revised October 2021 CBI SXO-8                                              Page 1 of 4

| | | |
|---|---|---|
| ARREST # | | 2023-461952 |
| BOND # | | 688151 |
| DCC CASE# | | 23CR02536 |
| DPD# | | 938051 |
| COUNTY | | DENVER |

**GO:** 20235001320    **AB:** 202312012    **PRE-TRIAL**

IN THE COUNTY COURT IN AND FOR THE
CITY AND COUNTY OF DENVER AND THE STATE OF COLORADO

## APPEARANCE BOND

Bond Type: **PERSONAL RECOGNIZANCE**

The People of the State of Colorado and of
STATE OF COLORADO    , Plaintiff, vs.

DENVER DISTRICT COURT Case #

| BAILEY | DARRELL | L | 7/3/1954 |
|---|---|---|---|
| Last: | First: | Middle: | DOB: |

We as,    DARRELL L BAILEY                    and    DARRELL L BAILEY
               (Party/Principal)                                      (Surety)

do acknowledge ourselves to owe and be indebted unto the People of the State of Colorado, in the penal sum of

**$1500.00** | ONE THOUSAND FIVE HUNDRED DOLLARS AND 00 CENTS

to be levied if there is a default in the following action: The conditions of this obligation are such that the above named party shall appear personally as ordered at the location indicated below.

Furthermore, the party named herein shall appear personally as ordered by the Court. You acknowledge and must comply with all mandatory protection orders, if any, and any other orders and judgments of the Court. You shall not violate any municipal, state or federal laws. You shall not harass, molest, intimidate, retaliate against, or tamper with any witness to or victim of the acts you are charged with committing. If you have been arrested for a felony, you shall execute a waiver of extradition consenting to extradition to Colorado, waiving all formal procedures incidental to extradition proceedings if arrested in another state while on bond, and acknowledging you shall not be entitled to bail in any other state pending extradition to Colorado. If you have been arrested for a drug or alcohol related driving offense(s) and have one or more previous convictions for a drug or alcohol related driving offense(s) in any state, you are ordered to abstain from all use of alcohol and illegal drugs, and your abstinence shall be monitored as the court directs at your first appearance. You shall provide the Court with your current home address and telephone number and notify the Court of any changes within 24 hours. If you are charged with driving under restraint and the restraint against your privilege to drive is based in whole or in part because of a conviction for an alcohol related driving offense, you shall not drive a motor vehicle while your license is under such restraint. If any conditions are not complied with, you understand the Court has the power to revoke the bond, increase the bail, or change any bond conditions. If your bond was granted as part of a Pretrial release assessment and (or if the judicial officer imposed any additional conditions of bond, you are required to comply with all of those additional conditions.)Upon completion of the case, a Cash Bond posted with the Denver County Court will be refunded after a release order is issued by the Court. All refunds are mailed by check to the address on file. If your court date falls on a Saturday, Sunday, or Legal Holiday, it will automatically be scheduled for the next business day (24-11-101 C.R.S.).

Executed, Approved and Dated this    **May 5, 2023**    at    **1:01 PM**    in Denver, Co
KRISTIN WOOD - CLERK of Denver County Court

| X                                   | X                   | X                   |
|-------------------------------------|---------------------|---------------------|
| By _signature_                      | _signature_         | _signature_         |
|                              SLC    |                     |                     |
| **DEPUTY CLERK / SHERIFF SIGNATURE** | **SURETY'S SIGNATURE** | **PARTY'S SIGNATURE** |

**MANDATORY INFORMATION**

Full Name of Party (including Alias)
DARRELL L BAILEY
Address
TRANSIENT
City, State and Zip Code
DENVER, CO
Home Phone No. or No. Where Message May Be Left
()-
Employer's Address                            Work Phone No.

**SURETY INFORMATION**

Full Name of Surety:
DARRELL L BAILEY
License No. of Surety:

Address:
TRANSIENT
City, State and Zip Code:
DENVER, CO
Phone Number:
() -

**APPEARANCE IS REQUIRED AT:**

DENVER DISTRICT COURT
520 W. COLFAX AVE
DENVER, CO 80204

| In Courtroom | On | At |
|---|---|---|
| 5E | June 1, 2023 | 8:30 AM |

*Handwritten notes:* Judge Espinoza Courtroom 5E    7-20-23   6-1-23 thru 6-6-23   Continued

Date Printed: 5/5/2023 5:09:54 PM
Printed By: S07020



*Found but Cal 5-16-23 (?)*
*1331 Cherokee, [illegible]*
*Den*
*D. English*
*D. [illegible]*

# Promissory Note
## Non-Payment of Compliance Registration Fees

Colorado Revised Statute 16-22-103 requires that persons convicted of a sexual offense or sexual related crime register with their local law enforcement agency. Colorado Revised Statute 16-22-108(6) mandates that a person who is subject to mandatory sex offender registration provision shall bear the cost associated with processing that registration.

- ~~Initial Registration Fee~~           ~~$75.00~~
- Quarterly Registration Fee       $25.00
- Annual Registration Fee           $25.00

The person required to register must remit these fees in the form of certified funds, (i.e., cashiers check or money order) made payable to the <u>City and County of Denver</u>. <u>No cash, personal checks, or credit/debit cards will be accepted</u>.

It is important to note that penalties for failure to comply with mandatory sex offender registration are substantial. In most cases, violation of the registration requirement constitutes a separate felony offense.

In accordance with the state law noted above, I am aware of and agree that I owe the following fees relative to my registration event on the date indicated:

Date of Registration Event: **5/16/23**

[X] Initial Registration Fee ($75.00)

[ ] Annual/Quarterly Registration Fee ($25.00)

My reason for non-payment of this Registration Fee is as follows:
**Lack of funds**



**Right Index finger**

[X] I agree to pay this fee no later than the following date: **6/14/23**

Printed name of the Registrant: **X**

Date of Birth: **7/13/54**

Registrant Signature: **X**

DPD # **938051**

---

**DPD Sex Offender Registration Use Only**

[✓] Registering Offender Refuses to Pay Fees.

**DET. JON DENNIS #01081**

Name of Processing Investigator      **DET. JON DENNIS #01081**      Badge/Employee number



**POLICE DEPARTMENT**
DENVER PUBLIC SAFETY

DATE: 5/16/23

Name: Darrel Bailey          Date of Birth: 7/13/54

## C.R.S. 16-22-108

**(b)** Except as otherwise provided in paragraph (d) of this subsection (1), each person who is required to register pursuant to section 16-22-103 shall reregister within five business days before or after the person's first birthday following initial registration and annually within five business days before or after the person's birthday thereafter.

**(d) (I)** Any person who is a sexually violent predator **and** any person who is convicted as an adult of any of the offenses specified in subsection (1)(d)(II) of this section has a duty to register for the remainder of his or her natural life; the person shall register within five business days before or after that date every three months thereafter until the person's birthday. The person shall reregister within five business days before or after his or her next birthday and shall reregister within five business days before or after that date every three months thereafter.

☐ Per C.R.S. 16-22-108, I am required to register **once** per year. Based upon my birthdate, I must re-register within five business days before or after my birthdate each year. _____ (Initials)

OR:

☒ Per C.R.S. 16-22-108, I am required to register **four** times per year. Based upon the date of the month in which I was born, I must re-register within five business days before or after the 13/72 of each month as noted in the chart below. X DB (Initials) Under Duress

| Month of Birth | I must re-register in: | Month of Birth | I must re-register in: |
|---|---|---|---|
| January | Jan, April, July, & Oct | July | July, Oct, Jan, & April |
| February | Feb, May, Aug, & Nov | August | Aug, Nov, Feb, & May |
| March | Mar, June, Sept, & Dec | September | Sept, Dec, Mar, & June |
| April | April, July, Oct, & Jan | October | Oct, Jan, Apr, & July |
| May | May, Aug, Nov, & Feb | November | Nov, Feb, May, & Aug |
| June | June, Sept, Dec, & Mar | December | Dec, Mar, June, & Sept |

Under Duress
Offender's Signature: Darrel Lamont Bailey 5-16-23 (TD)

Completed By: DET. JON DENNIS #01081



Right Index Finger

Police Department-Sex Offender Registration Unit
1331 Cherokee St | Denver, CO 80204
www.denvergov.org/police
p. (720) 913-6511 | f. (720) 913-7053



DENVER POLICE DEPARTMENT
ADMINISTRATION BUILDING
1331 CHEROKEE STREET
DENVER, COLORADO 80204-2787

## Sex Offender Registration Form

Today's Date __5/16/23__

Offender's Name __Darrel Bailey__

Offender's D.O.B. __7/13/54__

I swear or affirm that the information provided for my registration is true and correct. I also understand and acknowledge my duty to register as a sex offender, as required by Colorado State Statute, until released of this requirement by the Court. Furthermore, I understand my responsibilities to:

1) Register within five (5) business days (before or after) of your next annual or quarterly registration due date, which is __7/13/23__. If you are incarcerated during your next registration due date, you must then register within five (5) business days after your release from custody.

   If you are registered as homeless/transient, your next self-verification due date is within five (5) business days (before or after) of __6/13/23__.

2) Register with the Denver Police Department within five (5) business days of any change in your address, or register within five (5) business days with the local law enforcement agency where you reside if your new residence is not in the City & County of Denver.

3) If you change residence to another state, you must de-register with the Denver Police Department before leaving the State of Colorado. You must contact the local law enforcement agency in the new state where you will reside within five (5) business days to register as a Sex Offender, or sooner if required to do so in the new state. __X__
   (offender's initials)

4) If you are arrested for Failure to Register as a Sex Offender after today's date, you are under investigation for being out of compliance with your registration requirements, and your current registration has been de-activated. You must re-register as a Sex Offender within 5 business days of your release from custody, regardless of what your next registration due date is as listed above.

Failure to register, including failure to register as a Sex Offender upon release from custody, failure to cancel your registration when moving out of Colorado, providing any false or incomplete information, or failure to comply with any of the above listed responsibilities, will result in you being charged with Failure to Register as a Sex Offender.

If you have any questions, call (720) 913-6511.

Offender Signature __x refused__  5-16-23 (TU)

Completed By __DET. JON DENNIS #__

(Make) 520 W. Colfax   August 24, 2023 (Thurs)

Motion To Quash WARRANT

~~Espinosa~~ ; ORDERED -

Executed - Arrested on (5-3-23) WED,
based upon VIOLATION OF

* US Constitution;

Art I, sec 9, cls 2, 3;

Art VI Supremacy Clause, 4th and
5th Amd, 8th Amend (Cruel & Unusual)
10th Amend & Colorado Crim-
Statute (1991 & 1994) LACKING?

* FOR REGISTRATION (COLORADO)!

/DUE PROCESS VIO\
\LACK JURISDICTION/

Darrel Lamont Bailey
CR-23-
Judge Espinosa
__/__/__

| | |
|---|---|
| **Court:** ☒ District ☐ County<br>**Tribunal:** Distrito / Condado<br>Colorado County: Den<br>Condado de Colorado:<br>Mailing Address: 520 Colfax Ave<br>Dirección postal: | **FILED IN DENVER DISTRICT COURT**<br><br>**AUG 30 2023**<br><br>DENVER, COLORADO<br>COUNTER CLERK<br>COPY |
| **Parties to the Case:**<br>Partes de la causa:<br>Plaintiff/Petitioner: DARREL LAMONT BAILEY<br>Demandante/Solicitante:<br>& y<br>Defendant/Respondent: USDOJ; COLO (POLICE & PEOPLE).<br>Demandado: | *This box is for court use only.*<br>*Esta sección es para uso exclusivo del tribunal.* |
| **Filed by:** Presentado por:<br>Name: DARREL LAMONT BAILEY<br>Nombre:<br>Mailing Address: 5360 EVERETT ST, #307 Arvada, CO 80002<br>Dirección postal:<br>Phone (720) 787-5674  Fax:<br>Teléfono                            Fax:<br>Email:                                    Bar Number:<br>Correo electrónico:          Núm. Matr. Prof.: (For lawyers) (Para abogados) | Case Number: 23-CR-2536<br>Número de causa:<br>Division: CRIM<br>División:<br>Courtroom: 5E<br>Sala: |

**Motion to/for** BAR (In Concert) Influencing a (State) Crim Trial (SUPRA) ✓
**Pedimento para:** Federal Crim.

1. **Other Parties Response**
   *Respuesta de otras partes*  (Skip this section in Criminal cases.)
   (Saltarse esta sección en causas penales).

   I checked to see if the other parties agree with my request. They:
   He comprobado si las otras partes están de acuerdo con mi petición. Las partes:
   ☐ Agree.           ☐ Disagree.         ☒ Did Not Respond.
   Están de acuerdo.  No están de acuerdo. No respondieron.
   ☐ Other: _____
   Otra opción:

2. **My Request**
   *Solicito*
   I want the Court to:
   Solicito al juez lo siguiente:
   Halt Influencing ON GOING (Supra; 23-CR-2536 & REVOKING-PR BOND AT-
   TEMPT) (& also, Conspiring with; COWBOYS (LaValle v US (2003)(04) 269 F.5.2d 1297)
   Law Enforcement (Den; Det Bishop; Aurora; Det Green; Arvada; Det. Brons; et al) -

3. **Discussion**
   *Descripción* AKA! KKK
   The Court should grant my request, because:
   El juez debería otorgar mi solicitud debido a lo siguiente:
   Colorado & US Const Violations (O. Intro Agreement of Detainors); Dropping
   State Court Case (23-CR-2536 Judge Espinosa, Courtroom 5E); Det. Brink
   (8-25 thru 8-27 Telephonically & EMAIL conspiring with; above Law Enforcement
   as well THREATING del in 23-CR-2536 Court Date 10-20-23 WITH Issuance of
   WARRANT FOR PRESENT CRIMINAL P.R. BOND, TRIAL, MOTIONS FILING - PRE
   10-20-23 HEARING) Note; Registration (Cost) Varies for Limitation (Jan 1994, Jan
   1994) & 16th Amend, Due Process VIOLATIONS? Also, note Phone Threats (LE) 8-29-23 two?

www.courts.state.co.us/Forms

JDF 76 – General Motion (Criminal and Civil Cases) – Bilingual (Spanish) 04-23  R: November 22, 2022
Colorado Office of Language Access Approved                                        Page 1 of 2
Third Party Translation Facilitated by OLA

4. **Certificate of Service**
*Constancia de notificación*
I certify that on *(enter date)* __August 30th, 2023 (w)__, I gave a copy of this document to the other parties by: *(select at least one)*
*Certifico que el día (fecha) _____, entregué una copia de este documento a las otras partes mediante: (seleccionar una opción por lo menos)*

☐ Colorado Courts E-Filing.  *(Only available for lawyers.)*
   *Presentación electrónica de los tribunales de Colorado (opción disponible solo para abogados)*
☐ Email or Fax to: _____.
   *Correo electrónico o fax:*
☐ Regular Mail, addressed to: *(name, full address)*   ☑ Hand Delivery, to: *(name, place)*
   *Correo postal regular, enviado a: (nombre, dirección completa)   Entrega a mano a: (nombre, lugar)*
   1) _____.
   2) _____.
   3) _____.

5. **Sign & Date**
*Firma y fecha*

Print Your Name: __DARREL LAMONT BAILEY__
   *(Be sure to complete the 'Filed By' section on page 1.)*
*Su nombre en letra de molde: _____*
   *(Asegúrese de completar la sección "Presentado por" de la página 1).*

__Darrel Lamont Bailey__          __August 30th, 2023 (w)__
Signature                          Date
*Firma*                            *Fecha*

Case No. 1:23-cv-02233-GPG   Document 1   filed 08/31/23   USDC Colorado   pg 14 of 14

Gundy v. United States, 139 S.Ct. 2116 (2019)
204 L.Ed.2d 522, 19 Cal. Daily Op. Serv. 5713, 2019 Daily Journal D.A.R. 5617...

139 S.Ct. 2116
Supreme Court of the United States.

Herman Avery GUNDY, Petitioner

v.

UNITED STATES

No. 17-6086
|
Argued October 2, 2018
|
Decided June 20, 2019

*[Handwritten annotations:]*
* No Registration Ordered!
1975-1981 (Co., Il) NOTE ?
18 USC 4042(c)
34 USC 20913(b), (d)
28 CFR 72.3 (2007)
72 Fed. Reg. 8894
✓ 73 Fed. Reg. 38031 (8/1/95) full text?

**Synopsis**
**Background:** Defendant, who had been convicted of a sex offense under state law before enactment of the federal Sex Offender Registration and Notification Act (SORNA), was charged with failing to register as required under SORNA. The United States District Court for the Southern District of New York, J. Paul Oetken, J., 2013 WL 2247147, dismissed the indictment, and denied government's motion for reconsideration, 2013 WL 4838845. Government appealed. The United States Court of Appeals for the Second Circuit, Susan L. Carney, Circuit Judge, 804 F.3d 140, reversed and remanded. On remand, defendant was convicted in the District Court, Oetken, J., of violating SORNA by failing to register as a sex offender after traveling in interstate commerce. Defendant appealed. The Court of Appeals, 695 Fed.Appx. 639, affirmed. Certiorari was granted in part.

The Supreme Court, Justice Kagan, held that SORNA's provision authorizing the Attorney General to specify the applicability of SORNA's registration requirements to offenders convicted of sex offenses before SORNA's enactment did not violate the nondelegation doctrine.

Affirmed.

Justice Alito filed an opinion concurring in the judgment.

Justice Gorsuch filed a dissenting opinion, in which Chief Justice Roberts and Justice Thomas joined.

Justice Kavanaugh took no part in the consideration or decision of the case. ✓

**Procedural Posture(s):** Appellate Review.

*Syllabus*[*]

[*] The syllabus constitutes no part of the opinion of the Court but has been prepared by the Reporter of Decisions for the convenience of the reader. See *United States v. Detroit Timber & Lumber Co.*, 200 U.S. 321, 337, 26 S.Ct. 282, 50 L.Ed. 499.

Congress has sought, for the past quarter century, to combat sex crimes and crimes against children through sex-offender registration schemes. The Sex Offender Registration and Notification Act (SORNA) makes more "uniform and effective" the prior "patchwork" of registration systems. *Reynolds v. United States*, 565 U.S. 432, 435, 132 S.Ct. 975, 181 L.Ed.2d 935. To ✓ that end, it requires a broader range of sex offenders to register and backs up those requirements with criminal penalties. Section